**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBERT C. SIMMONS,

                Plaintiff,

                v.

UNITED STATES GOVERNMENT, *et al.*,

                Defendants.

Case No. 25-cv-851 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motions to dismiss, ECF 20, 21, 22, 27, 30, 40, 53, are **GRANTED**. It is further **ORDERED** that this case is **DISMISSED WITH PREJUDICE** in its entirety as to all Defendants named in Plaintiff's complaint. ECF 1. Plaintiff's Supplemental Motion for Writ of Mandamus/Notice of Constitutional Challenge, ECF 49, is **DENIED** as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: February 26, 2026

1